

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ADRANCH, LLC, | § | No. 08-17-00115-CV |
| APPELLANT, | § | Appeal from the |
|  | § |  |
| V. | § | 83rd District Court |
|  | § |  |
| PEE WEE'S WELDING SERVICE, | § | of Terrell County, Texas |
|  | § |  |
| APPELLEE. | § | (TC# 3150-A) |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

Appellant, ADRanch, LLC, has filed a motion to dismiss its appeal because the parties have resolved their dispute. *See* TEX.R.APP.P. 42.1(a). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

November 8, 2017

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.